NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3057

FEDERICO REMORIN,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0831080417-I-1.

ON MOTION

## O R D E R

The court treats Federico Remorin's submission of his informal brief as a motion for reconsideration of the court's order dismissing his appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 2 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Federico Remorin
Lauren A. Weeman, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK